UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE
CRIMINAL COMPLAINT OF:

Santiago Jimenez-Garcia

Case No. 2:23-mj-301

**AFFIDAVIT OF MEAGHAN A. MURPHY IN
SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer, Meaghan A. Murphy, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than fourteen years of experience as an Immigration Officer with the United States Immigration and Customs Enforcement. I am assigned to the Columbus, Ohio Office of Enforcement and Removal Operations (ERO). I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Deportation Officer Training Program at the Federal Law Enforcement Training Center (FLETC) at Glynco, GA.

2. While investigating Santiago Jimenez-Garcia, I have learned the following facts:

3. Santiago Jimenez-Garcia is a citizen of Mexico and is not a citizen of the United States.

4. On April 25, 2012, Jimenez-Garcia was ordered removed by an Immigration Judge in Cleveland, OH. Jimenez-Garcia was physically removed on this order on or about May 1, 2012, at the Laredo, TX, Port of Entry. On that day Jimenez-Garcia surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same form. Jimenez-Garcia's departure was witnessed by an Immigration Detention Enforcement Officer who documented the departure by way of signature on Immigration Form I-205.

5. On or about December 29, 2013, Jimenez-Garcia was encountered by Immigration officials in Havana, TX. Jimenez-Garcia's prior order of removal from April 25, 2012, was then reinstated. On December 29, 2013, Jimenez-Garcia was removed from the United States at the Laredo, TX Port of Entry.

6. On or about February 6, 2019, Jimenez-Garcia was encountered by Immigration officials in Columbus, OH. Jimenez-Garcia's prior order of removal from April 25, 2012, was then reinstated. On February 12, 2019, Jimenez-Garcia was removed from the United States at the Laredo, TX Port of Entry.

7. On April 26, 2023, Jimenez-Garcia was encountered by Immigration Officials in Columbus, OH. It was determined after a verification of fingerprints that Jimenez-Garcia had previously been ordered removed from the United States and that Jimenez-Garcia is subject to prosecution for illegal re-entry, being found in the United States after being barred for a period of 20 years.

8. Biometric and records checks confirmed that Jimenez-Garcia did not receive permission from the Attorney General of the United States, or the Secretary of the United States Department of Homeland Security for this re-entry into the United States.

Your Affiant uses the above facts to establish probable cause that Jimenez-Garcia has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

MEAGHAN A MURPHY  
Digitally signed by MEAGHAN A MURPHY  
Date: 2023.05.10 07:48:23 -04'00'

Meaghan A. Murphy  
Deportation Officer  
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 10th day of May, 2023.



Elizabeth A. Preston Deavers  
United States Magistrate Judge